# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134088

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON LEE METRAS,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134088
COA: 275409
Wayne CC: 04-005266-02

_____/

On order of the Court, the application for leave to appeal the April 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal limited to the question whether defendant is entitled to sentencing credit for the time served awaiting sentence for the reasons stated in her dissent in *People v Conway*, 474 Mich 1140 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830